■ HILLTOP VILLAGE COOPERATIVE No. 4, INC., Respondent, v. SIDNEY KESSLER et al., Individually and as Copartners Doing Business as KESSLER-WOHL ASSOCIATES, et al., Appellants.— In an action by the owner of certain buildings against the general contractor, a copartnership, to recover damages arising from the alleged breach of their building construction contract and against certain of the individual appellants to recover on a bond given by them for the performance of said contract, the complaint alleges that the individuals comprising the copartnership caused the respondent to be organized. The appeal is from an order denying appellants' motion to strike out as irrelevant that allegation and others concerning the organic relationship between the parties. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of MARIE BARCIA et al., Appellants, against HARRIS H. MURDOCK et al., Constituting the BOARD OF STANDARDS and APPEALS OF THE CITY OF NEW YORK, Respondents.— In a proceeding to review a determination of the board of standards and appeals of the City of New York, which granted an application under subdivision (f) of section 7 of the Zoning Resolution of the City of New York for a variance to permit premises in a business use district to be occupied as a gasoline service station for a period of 15 years, the appeal is from an order granting a motion by the board to vacate an order of certiorari and to dismiss the petition on which it was based, and affirming the determination of the board. Order unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.